DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. BOX 1513
SPOKANE WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re: DUREN, DEAN CHARLES  ) Case No. 13-00246-PCW13
DUREN, RHONDA  ) STIPULATED MODIFICATION OF
  ) CHAPTER 13 PLAN AND
  ) CERTIFICATE OF NO ADVERSE
  ) EFFECT
Debtor(s)  )

The undersigned hereby agree as follows:

1. Pursuant to plan paragraph III.A.4.a., the monthly payment to Toyota Motor Credit on the 2007 Toyota shall increase to $300.00 per month commencing March 2013.

2. Pursuant to plan paragraph III.A.4.a, the monthly payment to Wells Fargo Financial on the 2003 Honda shall increase to $200.00 per month commencing March 2013.

3. All other aspects of the plan remain the same.

DATED: 3-25-13

Daniel H. Brunner
Chapter 13 Trustee

Patty Brown,
Staff Attorney

STIPULATED MODIFICATION - 1

DATED: 3/25/13

*(signature)*
Robert Hahn,
Attorney for Debtor(s)

### CERTIFICATE

There is no adverse affect to creditors inasmuch as the modification will not decrease or extend the payment terms to the secured creditor, and the distribution to timely filed general unsecured claims will remain the same as the original plan proposed therefore no service of this Stipulation was made onto creditors.

*(signature)*
Robert Hahn,
Attorney for Debtor(s)

STIPULATED MODIFICATION - 2